# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JERRY HARDAWAY )<br>   *Plaintiff,* )<br>)<br>v. )<br>)<br>WILLIAM LEE, et al )<br>   *Defendants* ) | Civil Action No. 3:22-cv-00395<br>Chief Judge Crenshaw/Frensley |

## ORDER

The Court held an Initial Case Management Conference with the Parties on August 15, 2022. As required by Chief Judge Crenshaw (Docket No. 15) the Parties discussed a briefing schedule on the Plaintiff's motion for preliminary injunction (Docket No. 12) which was filed on August 9, 2022.

The Defendants shall file a Response to the Plaintiff's motion on or before **August 30, 2022**. An optional Reply may be filed within seven (7) days of the response. The Parties agree that a hearing is not necessary and will offer no additional proof outside the pleadings unless requested by the Court.

IT IS SO ORDERED.

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**