UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JERRY HARDAWAY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:22-cv-00395 |
| | ) |
| **WILLIAM LEE, et al.,** | ) |
| | ) |
| Defendants. | ) |

# ORDER

For the reasons stated in the accompanying memorandum opinion, it is ordered, pursuant to Federal Rule of Civil Procedure 65, Defendants William B. Lee, in his official capacity as Governor of the State of Tennessee, and David B. Rausch, in his official capacity as Director of the Tennessee Bureau of Investigation, are enjoined from enforcing any provision of the Tennessee Sexual Offender and Violent Sexual Offender Registration, Verification, and Monitoring Act, Tenn. Code Ann. § 40-39-201 et. seq., against Plaintiff Jerry Hardaway or require him to comply with any portion of the Act pending trial of this case. This includes removing Jerry Hardaway's name from Tennessee's sexual offender registry.

The Court finds no cash surety necessary under Fed. R. Civ. P. 65(c).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE